UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:19 CR 49 |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| v. ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| KEILAN CLINKSCALE, ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Keilan Clinkscale, which was referred to the Magistrate Judge with the consent of the parties.

On January 29, 2019, the government filed a 95 count Indictment, charging Defendant Keilan Clinkscale , in counts 1, 80 and 81 with Conspiracy to Possess with the Intent to Distribute and to Distribute Cocaine, in violation of Title 21 U.S.C. 846, and Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, in violation of Title 21 U.S.C. 843(b) and 18:2. Defendant was arraigned on February 4, 2019, and entered a plea of not guilty to counts 1, 80 and 81 of the Indictment, before Magistrate Judge Limbert. On November 5, 2019 Magistrate Judge Baughman received Defendant's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Clinkscale is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Keilan Clinkscale is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. section 846. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on February 10, 2020, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 20, 2019